IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 5:98CV0091-C |
| | § | |
| CHRISTOPHER C. PENA, | § | |
| | § | |
| Defendant. | § | |

## SATISFACTION OF JUDGMENT

COMES NOW the United States of America and files this Satisfaction of Judgment, as to Defendant, Christopher C. Pena. A copy of the Release of Judgment Lien is attached hereto as Exhibit "A".

Respectfully submitted,

JAMES T. JACKS
ACTING UNITED STATES ATTORNEY

*Megan J. Fahey*
Megan J. Fahey
Assistant United States Attorney
Texas State Bar No. 24043655
Burnett Plaza Suite 1700
801 Cherry Street Unit #4
Fort Worth, Texas 76102-6882
Tel: 817.252.5200
Fax: 817.978.6361
Megan.Fahey@usdoj.gov

STATE OF TEXAS
COUNTY OF TARRANT

RELEASE OF JUDGMENT LIEN

WHEREAS, in the cause of United States of America, v. Christopher C. Pena, Case Number 5:98-CV-0091-C, in the United States District Court for the Northern District of Texas, Lubbock Division, a judgment dated July 27, 1998, was rendered in favor of the United States of America, and against said Christopher C. Pena for the sum of $7,072.19, together with interest thereon from the date of judgment until paid at the rate of 5.375% per annum and all costs of suit; and

WHEREAS, abstract of judgment was filed for record in the Abstract of Judgment Records as follows:

Vol 87, Page 289, on October 19, 1998, Lubbock County, Texas and

WHEREAS, said Judgment has been fully discharged as to Christopher C. Pena by the United States of America, and the United States of America was the owner and holder of said judgment and judgment lien;

NOW, THEREFORE, I, the undersigned, Megan J. Fahey, Assistant United States Attorney for the Northern District of Texas, acting for and on behalf of the United States of America, in said cause, hereby acknowledge that said judgment has been discharged and satisfied, and hereby release and quitclaim to the said Christopher C. Pena, and heirs, and assigns all liens arising from the entry of said judgment and the recording of the abstract thereof.

Dated at Fort Worth, Texas, this 22nd day of May, 2009.

Megan J. Fahey
Assistant United States Attorney

STATE OF TEXAS
COUNTY OF TARRANT

BEFORE ME, the undersigned authority, on this day personally appeared Megan J. Fahey, Assistant United States Attorney, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that she executed same for the purposes and considerations therein expressed and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 22nd day of May, 2009.

Dori Ann Creamer
My Commission Expires
05/20/2010

Notary Public, State of Texas

GOVERNMENT EXHIBIT A